# EXHIBIT B

08:21               IN THE UNITED STATES DISTRICT COURT
                  FOR THE SOUTHERN DISTRICT OF TEXAS
                           HOUSTON DIVISION

         RAYMOND ALBERT RODRIGUEZ      )
             PLAINTIFF,                )
                                       )
         vs.                           ) CASE NO. 4:14-CV-00968
08:21                                  )
         ELI LILLY AND COMPANY; LILLY  )
         USA, LLC; AND JULIA DAWN      )
         RAMOS                         )
             DEFENDANTS.               )


         ****************************************************

08:21                       ORAL DEPOSITION OF

                              THOMAS BILLS

                            February 6, 2015

         ****************************************************

              ORAL DEPOSITION OF THOMAS BILLS, produced as a

08:21    witness at the instance of the Plaintiff and duly sworn,

         was taken in the above-styled and numbered cause on the

         16th day of February, 2015, from 9:25 a.m. to

         11:23 a.m., before Cindi L. Bench, Certified Shorthand

         Reporter in and for the State of Texas, reported by

08:21    computerized stenotype machine at the offices of JACKSON

         WALKER, LLP, 1401 MCKINNEY, SUITE 1900, HOUSTON, TEXAS

         pursuant to the Federal Rules of Civil Procedure and the

         provisions stated on the record or attached hereto.

```
09:32  1   one of the symptoms of that is to be forgetful, to be
       2   absent-minded and also to show up late.  I think I was
       3   four minutes late today, sorry about that.  But I just
       4   want to -- I'm telling you everything.  Full disclosure.
09:32  5        Q.   So, if I start asking you about the time that
       6   Mr. Rodriguez worked for you, would you be able to
       7   remember any of that today?
       8        A.   Oh, yes.  See, it's kind of a double-edged
       9   sword because I have a very good memory.  I've had that
09:32 10   all my life, semi-photographic, and it's just the PTSD
      11   that gets in the way sometimes.
      12        Q.   Okay.  How are you feeling today?
      13        A.   Feel okay.  You know, my back is a little
      14   tender.  I had back surgery on the 12th of January, so
09:33 15   this is my first real time out of the house.
      16        Q.   Sir, where are you currently employed?
      17        A.   Eli Lilly and Company.
      18        Q.   How long have you worked for Eli Lilly and
      19   Company?
09:33 20        A.   Fifteen years.
      21        Q.   What is your current position with Eli Lilly?
      22        A.   I'm a senior district sales manager.  I'm the
      23   specialty diabetes district manager for the Houston
      24   area.
09:33 25        Q.   Okay.  At any point in the past -- well, are
```

09:35 1    late. That was way too late.

2              So, I didn't call Ray but I called a

3    person who came onboard with him at the same time and

4    said when did -- when did I hire you.

09:35 5    Q. Okay. All right. But you did prepare -- so,

6    when you say you looked up dates, what did you look at?

7    What documents did you look at?

8    A. I didn't look at any documents. I just called

9    people, just -- I wanted to know, you know, I wanted to

09:35 10   make sure I had my dates right.

11   Q. Sure. What -- who did you talk to?

12   A. I didn't want to look stupid.

13   Q. I appreciate that.

14             Who did you talk to? You said you called

09:35 15   people.

16   A. Just Todd Dorsey.

17   Q. Who is Todd Dorsey?

18   A. He's a rep that I hired at the same time as --

19   as Ray. They went through sales school together.

09:36 20   Q. D-O-R?

21   A. S-E-Y.

22   Q. And then you -- so, you got to know Ray from

23   this group?

24   A. Uh-huh.

09:36 25   Q. At that point -- at what point did you -- did

```
09:36  1   he start working for you and how did that come about?
       2       A.   Well, he -- he started working for me
       3   officially in -- his official start date was June 1st,
       4   of 2012, and that came about with some movement in my
09:37  5   district.  People moving on to rolls in Indianapolis and
       6   rolls within the company, and that created -- and then
       7   some reorganization in our business.
       8            We went from having basically one rep in
       9   each territory to having a rep in each territory and
09:37 10   then an overlap rep.  So, they were called PC1s that
      11   were the original territory reps, and then PC3s which
      12   were covering two territories.  So a two-territory
      13   overlap.
      14       Q.   Okay.
09:37 15       A.   And when I had a person move out of the PC3
      16   terr -- I moved Sharelle Lee out of the PC3 territory,
      17   which was the large covered territory.  I moved Ray into
      18   the PC3, the cover two territory that covered -- what
      19   was the name of Sharelle's territory?  I don't remember.
09:38 20   Anyway, she had a northern territory and the other one
      21   is called Pasadena.
      22       Q.   Okay.
      23       A.   I don't know the name of that territory.
      24       Q.   So, when did he -- so, he started working for
09:38 25   you June 1st, 2012?
```

09:41 1    Q.   So, every person that would sell Humalog would
      2  have a refrigerator at their home?
      3    A.   Could be at their home, could be at a storage
      4  space. We're flexible with the employees. We realize
09:41 5  that no everybody's house is big enough to accommodate
      6  another refrigerator. It cannot be out in the garage,
      7  because that's not climate controlled obviously. It has
      8  to be inside the house.
      9    Q.   So, how would -- if there was a fridge --
09:41 10 well, let me back up. Let me keep with this.
     11            If there was a fridge in an employee's
     12  house, how would the company monitor that the
     13  temperature is acceptable inside the fridge?
     14    A.   Well, Ray came out --
09:42 15   Q.   Go ahead.
     16    A.   Just anybody?
     17    Q.   Yes. The people that report to you.
     18    A.   Well, there's kind of a split right now.
     19    Q.   Okay.
09:42 20   A.   The one way that they monitor it is we do
     21  inspections through a vendor company, they inspect both
     22  the refrigerator and the temperature. And they do
     23  inventories, you know, spot-check inventories.
     24    Q.   Is that every day?
09:42 25   A.   No, it's done I believe quarterly and then

09:42   1    annually.

        2         Q.   Okay.

        3         A.   And then the other way is some of my people
        4    who came out after a certain date, when the company
09:42   5    started fielding the system called Temp-Tell, have --
        6    have this little device.  It's a digital temperature
        7    gauge that hangs in their fridge, and it's designed to
        8    ensure that the temperature stays within a range, an
        9    acceptable range.  And they're supposed to check that
09:43  10    every day before they take the samples out.
       11              If there's an alarm, which it doesn't
       12    have an audible alarm -- it's not a very good system.
       13    There's no audible alarm, it's just on a screen.  And
       14    the -- then they're not supposed to sample that day,
09:43  15    take that Temp-Tell, it's a USB key, plug it into their
       16    computer, download that information and send it to
       17    corporate so that our, you know, quality assurance
       18    people can read the ranges of the temperatures and
       19    determine whether or not the insulin can be distributed.
09:43  20         Q.   Okay.  That's every day?
       21         A.   Yeah.
       22         Q.   So, currently how many -- can we call them
       23    pharmaceutical sales reps?
       24         A.   Yes.
09:43  25         Q.   Okay.  How many pharmaceutical sales reps --

```
09:44   1    is there an abbreviation that we could use?
        2         A.    How many reps.
        3         Q.    Reps.  How many reps do you have currently
        4    reporting to you?
09:44   5         A.    I have 16.
        6         Q.    When Mr. Rodriguez worked for you, was he a
        7    rep?
        8         A.    Yes.
        9         Q.    He worked for you for approximately, what, one
09:44  10    year?
       11         A.    Uh-huh.  Yes.
       12         Q.    So, do you remember when he was transferred
       13    over?
       14         A.    He was transferred over on July 1st of 2013.
09:44  15         Q.    So, exactly one year or pretty close to one
       16    year?
       17         A.    Year and a month.
       18         Q.    July 1st?
       19         A.    Yes.
09:44  20         Q.    So, the 16 people that you have currently
       21    working for you, do they all store samples of Humalog or
       22    insulin?
       23         A.    Yes.
       24         Q.    All of them do?
09:45  25         A.    Yes.
```