# EXHIBIT E

11:24                IN THE UNITED STATES DISTRICT COURT
                   FOR THE SOUTHERN DISTRICT OF TEXAS
                            HOUSTON DIVISION

         RAYMOND ALBERT RODRIGUEZ      )
             PLAINTIFF,                )
                                       )
         vs.                           ) CASE NO. 4:14-CV-00968
11:24                                  )
         ELI LILLY AND COMPANY; LILLY  )
         USA, LLC; AND JULIA DAWN      )
         RAMOS                         )
             DEFENDANTS.               )


         ******************************************************

11:24                        ORAL DEPOSITION OF

                                JULIA RAMOS

                             February 6, 2015

         ******************************************************

             ORAL DEPOSITION OF JULIA RAMOS, produced as a

11:24    witness at the instance of the Plaintiff and duly sworn,

         was taken in the above-styled and numbered cause on the

         6th day of February, 2015, from 12:12 p.m. to 1:05 p.m.,

         before Cindi L. Bench, Certified Shorthand Reporter in

         and for the State of Texas, reported by computerized

11:24    stenotype machine at the offices of JACKSON WALKER, LLP,

         1401 MCKINNEY, SUITE 1900, HOUSTON, TEXAS pursuant to

         the Federal Rules of Civil Procedure and the provisions

         stated on the record or attached hereto.

12:13 period?

A. Yes.

Q. What was his position with Eli Lilly during this time?

12:13 A. Primary care sales rep in Pasadena.

Q. Can we agree to have that abbreviated to rep?

A. Absolutely.

Q. Have you been in a deposition before, ma'am?

A. Nope.

12:14 Q. You understand that you took an oath, and that you have an obligation to tell the truth?

A. I do.

Q. Is that your intention today?

A. Yes.

12:14 Q. All right. Is there any reason that you would be impaired from telling the truth today?

A. No.

Q. Okay. So what did Mr. Rodriguez do? What were his duties at Eli Lilly during this time period

12:14 that he reported to you?

A. He was the sales representative that called on diabetes customers, and his job was to sell our products, Tradjenta and Humalog.

Q. And did he also have insulin as part of his --

12:14 A. Yes.